UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-00198-JMS-DKL |
| | ) | |
| RAVEN ELISE FISH (01), | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation [dkt. 25] that Raven Fish's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge LaRue's Report and Recommendation [dkt. 25]. The Court finds that Ms. Fish committed Violation Numbers 3, 4 and 5, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt #15]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Raven Fish is sentenced to the custody of the Attorney General or his designee for a period of fifteen (15) months imprisonment with no supervised release to follow. The Court further recommends placement in the RDAP program as well as a mental health assessment and/or treatment.

So ORDERED.

Date: August 15, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal